1 W. DANIEL BOONE, ESQ., Bar No. 046553
WEINBERG, ROGER & ROSENFELD
2 A Professional Corporation
1001 Marina Village Parkway, Suite 200
3 Alameda, California 94501-1091
Telephone 510.337.1001
4 Fax 510.337.1023

5 Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS STATIONARY ENGINEERS LOCAL 39,<br><br>Petitioner,<br><br>v.<br><br>TENET CALIFORNIA dba DOCTORS MEDICAL CENTER, Does I through X, Inclusive,<br><br>Respondent. | No.   Case No. C05-01579 PJH<br><br>REQUEST FOR DISMISSAL<br>AND ORDER |

PURSUANT TO AGREEMENT BETWEEN THE PARTIES, Petitioner requests that this matter be dismissed. Respondent has agreed to arbitrate the underlying grievance, which includes the selection of Arbitrator Gerald McKay to hear this dispute. The parties agreed to bear their own attorneys' fees.

Dated: June 10, 2005

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ W. Daniel Boone
W. DANIEL BOONE
Attorneys for Petitioner

/ / /
/ / /

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Case No. Case No. C05-01579 PJH
REQUEST FOR DISMISSAL

1  Approved as to form.

2  Dated: _6/13/05_

3

4

5                                          By: _____
6                                              JOHN V. NORDLUND
                                               Attorney for Respondent
7

8        IT IS SO ORDERED

9

10 Dated: _6/17/05_                         _____
11                                          THE UNITED STATES DISTRICT COURT JUDGE

12

13

14 109101/385896

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
Case No. Case No. C05-01579 PJH
REQUEST FOR DISMISSAL